# HENRY THOMPSON v. STATE.

No. A-7229. Opinion Filed Oct. 26, 1929.
Rehearing Denied Dec. 16, 1929.
(281 Pac. 1118.)

Joe Adwon, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Canadian county on a charge of having the unlawful possession of whisky, and was sentenced to pay a fine of $100 and to serve 30 days in the county jail.

The judgment was rendered in September, 1928, and the appeal was lodged in this court in November, 1928. No briefs in support of the appeal have been filed. The evidence amply sustains the judgment. No material error is made to appear.

The case is affirmed.